CINCINNATI (City) v CORRELL

Ohio Appeals, 1st Dist.,
Hamilton Co.

No. 6127. Decided May 18, 1942.

Robert Paul, Cincinnati, for appellee.

George Weller, Cincinnati, for appellant.

## OPINION

**BY THE COURT:**

This is an appeal from a judgment of the Municipal Court of Cincinnati, finding the appellant guilty of violating section 523-1 (a) of the City Ordinances, making it unlawful to permit barber shops to be open for business of barbering during certain hours.

The ordinance is in all essential respects identical with the ordinances of the City of Zanesville, which was sustained in **Wilson v Zanesville, 130 Oh St 286.** On the authority of this case, the judgment is affirmed.

MATTHEWS, PJ., & ROSS, J., concur.